

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

October 29, 2020

**BY ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re:   *State of New York et al. v. Crescent Group Realty Inc. et al.*,
      Case No. 17-cv-06739-JMA-AYS

Dear Judge Azrack:

      I write on behalf of the State plaintiffs in this matter to request an extension of time to respond to yesterday's premotion letter by Kenneth Auerbach, Dominick Mavellia, and Eugene Smith for a premotion conference and to dismiss the Second Amended Complaint. The State requests an additional seven days to accommodate prior commitments; under the proposed schedule, the State would respond to the premotion letter no later than Wednesday, November 11, 2020. The moving defendants have consented to this schedule.

      We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Austin Thompson*

Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8464