UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STATE OF NEW YORK, and BASIL SEGGOS,
COMMISSIONER OF THE NEW YORK STATE
DEPARTMENT OF ENVIRONMENTAL
CONSERVATION,

          Plaintiffs,

  - against -

CRESCENT GROUP REALTY INC., DOMINICK
MAVELLIA, KENNETH AUERBACH, EUGENE
SMITH, and FLEXTRONICS AUTOMOTIVE USA
MANUFACTURING CO.,

          Defendants.
-----------------------------------------------------------------X

STIPULATION

Case No. 17-CV-06739-JMA-AYS

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiffs and the Defendants that the Defendants' CRESCENT GROUP REALTY, INC., DOMINICK MAVELLIA, KENNETH AUERBACH and EUGENE SMITH's time to Answer the Plaintiffs' Second Amended Complaint filed October 8, 2020, is hereby adjourned until twenty (20) days after a decision is rendered by Judge Joan M. Azrack regarding defendants' October 28, 2020 request for a pre-motion conference and leave to make a motion pursuant to FRCP 12(b)(6), and it is

**FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, with facsimile and PDF signatures having the same force and effect as original signatures.

Dated: Patchogue, New York
    October 29, 2020

1

RICHARD J. KAUFMAN, P.C.

_____
By: Richard J. Kaufman
*Attorneys for Defendants' Crescent Group Realty, Inc., Dominick Mavellia, and Eugene Smith*
646 Main Street
Port Jefferson, New York 11777
(631) 331-0950

NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL ENVIRONMENTAL PROTECTION BUREAU

Austin Thompson
_____
By: Austin Thompson
Assistant Attorney General
28 Liberty Street
19th Floor
New York, New York 10005

SO ORDERED:

_____
HON.

CARTIER, BERNSTEIN, AUERBACH & STEINBERG, P.C.
Kenneth A. Auerbach
_____
By: Kenneth A. Auerbach
*Attorneys for Defendant Kenneth Auerbach*
100 Austin Street
Building 2
Patchogue, New York 11772
(631) 654-4900

WOMBLE, BOND, DICKINSON, LLP

Brad De Vore
_____
By: Brad De Vore
301 South College Street, Suite 3500
Charlotte, North Carolina 28202

All electronic signatures signed upon consent of all parties