*Richard J. Kaufman, P.C.*

ATTORNEY AT LAW
646 Main Street
Port Jefferson, New York 11777
(631) 331-0950
Fax (631) 474-4282

RICHARD J. KAUFMAN*
---------------------------
OF COUNSEL
JAMES J. O'ROURKE

ADMITTED IN
*NEW YORK AND MASS.

January 22, 2021

**VIA ECF**
Honorable Joan M. Azrack
Federal Courthouse, Eastern District of New York
100 Federal Plaza, P.O. Box 830
Central Islip, New York 11722

      RE:    State of New York et al. v Crescent Group Realty Inc. et al.
                Case No. 17-cv-06739-JMA-AYS

Dear Judge Azrack:

      Pursuant to your directive dated January 14, 2021 (Document No. 93), please be advised that all parties have consented to the following proposed briefing schedule for the Defendants' Motion to Dismiss pursuant to FRCP Rule 12:

      Moving papers served by:    February 22, 2021
      Response:    March 22, 2021
      Reply:    April 5, 2021

Respectfully submitted,

RICHARD J. KAUFMAN

RJK/jt

**cc VIA ECF:**

Austin Thompson, AAG
Yueh-Ru Chu, AAG
Channing Jones, AAG
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
212-416-8464
austin.thompson@ag.ny.gov
Yueh-Ru.Chu@ag.ny.gov
Channing.Jones@ag.ny.gov

Cartier, Bernstein, Aerbach & Steinbert, P.C.
Kenneth A. Auerbach, Esq.
100 Austin Street, Building 2
Patchogue, NY 11772
631-654-4900
cbadauerbach@aol.com

Brad DeVore
Attorney for Flextronics Automotive USA Manufacturing Co.
Suite 3500, One Wells Fargo Center
301 South College Street
Charlotte, NC 28202-6037
704-331-4941
brad.devore@wbd-us.com