# CARTIER, BERNSTEIN, AUERBACH AND STEINBERG, P.C.

## ATTORNEYS & COUNSELLORS AT LAW

**Partners**
WILLIAM J. BERNSTEIN (1950 - 2014)
KENNETH A. AUERBACH*
ROBERT G. STEINBERG

**Associates**
LINDA MARIE BOSWELL*
LESLIE M. SCHMIDT
AMANDA E. SPINNER

*Member of New York and New Jersey Bar

100 Austin Street, Building 2
Patchogue, New York 11772

(631) 654-4900
(1-800-445-6922)
Fax: (631) 654-0724 Personal Injury
Fax : (631) 654-1617 All Other Departments

**Of Counsel**
RUDOLPH HENRI CARTIER, JR.
(1947 - 2020)

**Administrator**
Stefani T. Vagelatos

April 19, 2023

**VIA ECF**
Honorable Joan M. Azrack
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

Re:   *State of New York et al. v. Crescent Group Realty, Inc. et al.*
      Case No. 17-cv-06739-JMA_AYS

Dear Judge Azrack:

I write on behalf of the Crescent Group Realty defendants Kenneth Auerbach, Dominick Mavellia, Eugene Smith, and Crescent Group Realty, Inc., to request an extension of time to file a response to ECF No. [113], which is presently due by April 25, 2023.

I am currently out of State and will not be returning to New York until April 28, 2023. Accordingly, defendants request permission to extend the time to file a response to plaintiff's letter requesting a pre-motion conference on its motion for summary judgment to May 12, 2023.

This is the first request for an extension, and the proposed extension would not affect any other scheduled deadline or court appearance.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Kenneth A. Auerbach